AO 91 (Rev. 08/09)  Criminal Complaint

United States District Court
Southern District Of Texas
**FILED**

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas

**APR 2 1 2020**

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jorge Humberto LOPEZ | ) | Case No.   M-20-0887-M |
| YOB: 1993 Citizenship: United States | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 20, 2020 _____ in the county of _____ Hidalgo _____ in the
____ Southern ____ District of ____ Texas ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 554 | Did knowingly and unlawfully export or attempt to export from the United States, any merchandise, article, or object, to wit: three (3) 9MM magazines, as defined by the United States Munitions List, contrary to any law or regulation of the United States, in that the Defendant had not obtained a license or written authorization for such export, in violation of Title 22, United States Code, Sections 2778(b)(2) and 2778(c) and Title 22, Code of Federal Regulations, Sections 121.1,123.1, 127.1 and 127.3 all in violation of Title 18, United States Code, Section 554. |

This criminal complaint is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

Approved by AUSA Michael
Mitchell April 20, 2020

/s/ Ryan McTaggart
*Complainant's signature*

Ryan McTaggart Special Agent HSI
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause
found on:

Date: ___4/21/2020 @ 7:59AM___

*Judge's signature*

City and state: _____ McAllen, Texas _____

J. Scott Hacker United States Magistrate Judge
*Printed name and title*

Affidavit

On April 20, 2020, Customs and Border Protection Officers (CBPOs) working outbound operations at the Hidalgo, Texas, Port of Entry encountered Jorge Humberto LOPEZ (hereafter referred to as LOPEZ), the driver and sole occupant of a vehicle bearing Texas license plates, as LOPEZ was attempting to travel from the United States into Mexico.

LOPEZ was selected for an outbound inspection by CBPOs and CBPOs received a negative declaration for tobacco, firearms, narcotics, and currency in excess of $10,000.00 USD.

During secondary inspection CBPOs located three (3) 9MM magazines concealed on LOPEZ person.

On April 20, 2020, under rights advisement and waiver, LOPEZ stated LOPEZ purchased the magazines found on LOPEZ person and LOPEZ was transporting the magazines from the United States into Mexico.

LOPEZ stated LOPEZ knew it was illegal to transport magazines from the United States into Mexico and LOPEZ did not have a valid license to export magazines from the United Sates into Mexico.

According to the Department of State, Office of Defense Trade Controls Compliance (DTCC), 9MM magazines are determined to be defense articles described on the United States Munitions List (USML) and regulated for export pursuant to the Arms Export Control Act (22 U.S.C. 2778).